■ In the Matter of THOMAS PETER TEDESCHI, a Suspended Attorney. [26 NYS3d 475]—Motion by Thomas Peter Tedeschi for reinstatement to the bar as an attorney and counselor-at-law. Mr. Tedeschi was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on March 23, 1977. By decision and order on application of this Court dated March 4, 2013, the Grievance Committee for the Tenth Judicial District was authorized to institute and prosecute a disciplinary proceeding against Mr. Tedeschi, and the issues were referred to the Honorable Kenneth A. Davis, as Special Referee, to hear and report. By opinion and order of this Court dated September 17, 2014, Mr. Tedeschi was suspended from the practice of law for a period of one year, effective October 17, 2014, based on one charge of professional misconduct (*see Matter of Tedeschi*, 123 AD3d 17 [2014]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Thomas Peter Tedeschi is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Thomas Peter Tedeschi to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Cohen, JJ., concur.